**Order entered May 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01603-CV

## IN THE INTEREST OF Z.M.C. AND R.B.C., CHILDREN

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-52980-2008**

## ORDER

We **GRANT** Niles Illich's May 8, 2014 motion to withdraw as counsel for appellant and

**DIRECT** the Clerk of the Court to remove him as appellant's counsel. All future

correspondence to appellant shall be sent to

Devyn Crawford
4532 Hale St.
The Colony, Texas 75056
(214) 299-0169.

Appellant's brief remains due June 16, 2014.

        /s/    ELIZABETH LANG-MIERS
               JUSTICE